**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                                                   Chapter 13

Marcos Guerrero fdba Tony's Vacuum Repair dba          No.   11-26186

Aron's Commerical Cleaning

Debtor                                          Hon.  A. Benjamin Goldgar

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 20, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on David Freydin and Glenn B. Stearns on October 20, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

## SERVICE LIST

Marcos Guerrero fdba Tony's Vacuum Repair
232 Washington Avenue
Highwood, IL 60040

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

David Freydin
The Law Offices of David Freydin
8707 Skokie Blvd., Suite 305
Skokie, IL 60077